UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
PAULA SUZETTE WALKER              CASE NUMBER: 20-11827
Debtor                                         CHAPTER 13

## AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtor, by Counsel, and state as follows:

1. Debtor shall pay unsecured claims in full.
2. Debtor shall report any default on her direct-pay mortgage to the Trustee immediately and shall provide annual proof all payments have been made on time. The Debtor explicitly acknowledges that the choice to retain this collateral and pay it directly may result in the inability to receive a discharge, if they do not maintain payments while the Plan is pending.
3. The Debtor shall have the duty to review any and all notices of mortgage payment change as well as the 3002.1 Notice of Final Cure and any response filed and file all appropriate litigation resulting therefrom.
4. Debtor is paying her escrow shortage directly via monthly mortgage payments.
5. Plan funding shall be evaluated after the claims bar date. Debtor shall not spend any future bonus or tax refunds income without first verifying the Plan remains sufficiently funded.
6. All other terms remain the same.

Dated: February 19, 2021

/s/ Katherine Iskin #33679-71                    /s/ Holly M. Ripke
Katherine Iskin, Staff Attorney                   Attorney for Debtor
Debra L. Miller, Chapter 13 Trustee               4705 Illinois Road, Suite 101
PO Box 11550                                      Fort Wayne, IN 46804
South Bend, IN 46634                              (260) 434-1990
(574) 254-1313