UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   20-11827 |
| | ) | CHAPTER   13 |
| PAULA SUZETTE WALKER | ) | REG/tk |
| | ) | |
| Debtor(s) | | |

### ORDER CONFIRMING PLAN AS MODIFIED

Dated on    February 23, 2021

A hearing with regard to confirmation of the proposed chapter 13 plan was held at Fort Wayne, Indiana, on February 23, 2021, with Debra Miller, trustee, present.

Debtor's chapter 13 plan, filed on January 7, 2021, as modified on January 28, 2021 and February 19, 2021, is confirmed.

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court